[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 26, 2007
THOMAS K. KAHN
CLERK

No. 06-15862
Non-Argument Calendar

_____

D. C. Docket No. 05-00250-CR-05-WSD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RENE URENA GONZALEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(July 26, 2007)**

Before DUBINA, CARNES, and COX, Circuit Judges.

PER CURIAM:

Evans D. Prieston, counsel for Rene Urena Gonzalez in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gonzalez's conviction and sentence are **AFFIRMED**.